# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF KENTUCKY
# CENTRAL DIVISION
# FRANKFORT DOCKET

| | |
|---|---|
| PROTECT MY CHECK, INC., | ) |
| Plaintiff, | ) **DISCLOSURE STATEMENT** |
| v. | ) Case No. |
| CRAIG C. DILGER, Chairman, Kentucky Registry of Election Finance, in his official capacity; JOHN STEFFEN, Executive Director, Kentucky Registry of Election Finance, in his official capacity, | ) |
| Defendants. | ) |

In compliance with Fed. R. Civ. Pro. 7.1, the undersigned, counsel of record for Plaintiff Protect My Check, Inc., certifies that Protect My Check, Inc. is a non-profit corporation that has no parent corporation and has never issued any stock.

DATED this 18th day of June 2015.

Respectfully submitted,

/s/ Jason M. Nemes
Jason M. Nemes
FULTZ MADDOX DICKENS PLC
101 South Fifth Street, 27th Floor
Louisville, Kentucky 40202-3116
(502) 992-5045
jnemes@fmdlegal.com

James M. Manley
(*pro hac vice application to be filed*)
Jared H. Blanchard
(*pro hac vice application to be filed*)

**Scharf-Norton Center for**
**Constitutional Litigation at the**
**GOLDWATER INSTITUTE**
500 E. Coronado Road
Phoenix, AZ 85004
(602) 462-5000
litigation@goldwaterinstitute.org

*Attorneys for Plaintiff*